## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGELA MECHELE HAUSEUR,<br>a/k/a Angela Mechele Hauser,<br><br>  Defendant. | NO. 2:14-CR-00075-LRS-5<br><br>**ORDER GRANTING MOTION TO AMEND RELEASE CONDITIONS** |

Good cause appearing and there being no objection from the Government or U.S. Probation, Defendant's Motion To Amend Release Conditions (ECF No. 184) and the Motion To Expedite hearing of the same (ECF No. 185) are **GRANTED**.

Release Condition No. 13 in the Order Setting Conditions Of Release (ECF No. 175) is **AMENDED** to read as follows: "Avoid all contact, direct or indirect, with known felons and Co-Defendant(s), **with the exception of Ms. Libie Todd**."

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel of record and to U.S. Probation (Spokane).

**DATED** this ___18th___ day of September, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER GRANTING MOTION
TO AMEND RELEASE CONDITIONS - 1**